# VedderPrice

Chicago
New York
Washington, DC
London
San Francisco
Los Angeles
Singapore
vedderprice.com

**MEMO ENDORSED**

January 11, 2018

Ashley B. Huddleston
Associate
+1 212 407 7793
ahuddleston@vedderprice.com

**VIA EMAIL**

Hon. Katherine Polk Failla
U.S. District Judge
40 Foley Square, Room 2103
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 11, 2018
```

Re:  <u>Colon, et al. v. DeVos, et al.</u>
     Case No. 1:17-cv-8790-KPF

Dear Judge Failla:

We represent defendant Navient Corporation ("Navient") in the above referenced action pending before your honor. We write to request an extension of time of up to January 16, 2018 for Navient to respond to plaintiffs' complaint. The deadline to respond to the complaint was December 18, 2017 and no previous extensions have been granted. The parties entered into a stipulation on December 18, 2017 agreeing to extend the answer date (see attached). Navient requests this extension to give it sufficient time to investigate the allegations and prepare a response. Plaintiffs have consented to this request.

Very truly yours,

*/s/ Ashley B. Huddleston/*

Ashley B. Huddleston
Attorney

cc:  Danielle Tarantolo, Esq. (Via Email)
     Jane Stevens, Esq. (Via Email)
     Shanna Tallarico, Esq. (Via Email)
     Eileen Connor, Esq. (Via Email)

```
Application GRANTED. No further extensions will be granted.

Dated:    January 11, 2018            SO ORDERED.
          New York, New York
```

*/s/ Katherine Polk Failla/*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

1925 Century Park East, Suite 1900  |  Los Angeles, California 90067  |  T +1 424 204 7700  |  F +1 424 204 7702

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, and Vedder Price Pte. Ltd., which operates in Singapore.

LOS_ANGELES/#37642.1